■ MARIA COLLAZO, Respondent, v LOUIS F. MAZZOLA et al., Appellants. [625 NYS2d 937] —Appeal by the defendants from an order of the Supreme Court, Queens County (Lonschein, J.), dated November 23, 1993.

Ordered that the order is affirmed, with one bill of costs payable by the appellants appearing separately and filing separate briefs, for reasons stated by Justice Lonschein at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.